UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEVADA WALKER,

    Plaintiff,                      CASE NO.:

v.

SOUTHERN AUTO FINANCE
COMPANY

    Defendant.
_____/

**DEFENDANT SOUTHERN AUTO FINANCE COMPANY'S
NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant, SOUTHERN AUTO FINANCE COMPANY (hereinafter "Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. Section 1331, 28 U.S.C. Section 1367, 28 U.S.C. Section 1441, and 28 U.S.C. Section 1446, hereby files this Notice of Removal, and hereby removes to this Court the below-described action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida. In support of removal, Defendant states as follows:

1. Plaintiff sued Defendant in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County in the case styled *Nevada Walker, Plaintiff, v. Southern Auto Finance Company, Defendant*, and bearing case number 15-000978-CI (hereinafter "state court case").

2. The Complaint in the state court case was filed on February 12, 2015. On February 13, 2015, Defendant accepted service of Plaintiff's Complaint wherein Plaintiff asserts a federal claim. More specifically, Plaintiff asserts a federal claim for violation of

the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 as well as the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1601. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

3. The same allegations that form the factual basis of the TCPA and FDCPA claims are also asserted in Plaintiff's Complaint as constituting a violation of the Florida Consumer Collection Practices Act ("FCCPA"), Chapter 559, *Florida Statutes*.

4. 28 U.S.C. § 1331 provides that the district courts shall have original "federal question" jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.

5. Therefore, because Plaintiff seeks relief pursuant to rights of action provided by the TCPA and the FDCPA, federal question jurisdiction exists. 28 U.S.C. § 1331. See also *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 181 L.Ed.2d 881 (2012) (federal courts have jurisdiction over private suits arising under the TCPA).

6. Moreover, Plaintiff's FCCPA claims arise out of the very same factual allegations as those alleged in support of Plaintiff's TCPA and FDCPA claims and are therefore so closely related to the TCPA and FDCPA claims that they form part of the same case or controversy. Therefore, supplemental jurisdiction exists over Plaintiff's FCCPA claims.

7. This Notice of Removal is filed within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which Plaintiff's action is based. 28 U.S.C. § 1446(b).

8. Defendant accordingly files this Notice of Removal, and removes the

aforementioned state court case to this Court.

9. Defendant also attaches hereto as Exhibit "B" a true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind, including depositions, served upon defendant and/or now on file in the state court. 28 U.S.C. § 1446(a); Local Rule 4.02.

10. Defendant will give written notice of the filing of this Notice of Removal to the Plaintiff in the state court action and will file a copy of this Notice of Removal in the state court action as required by 28 U.S.C. § 1446(d).

11. Defendant has included with this Notice of Removal a Civil Cover Sheet and paid the required filing fee. 28 U.S.C. § 1914.

Dated: March 4, 2014         Respectfully submitted,

                             _____
                             William J. Denius, Trial Counsel
                             Florida Bar No. 0093637
                             Michael A. Semanie, Trial Counsel
                             Florida Bar No. 0085386
                             Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been furnished via electronic mailing to W. John Gadd at wjg@mazgadd.com and Lisa R. Wilcox at lwilcox@wilcoxlawpa.com on this 4th day of March, 2015.

        **KILLGORE, PEARLMAN, STAMP, ORNSTEIN & SQUIRES, P.A.**
2 South Orange Avenue, 5th Floor
Orlando, Florida 32801
Telephone: (407) 425-1020
Facsimile: (407) 839-3635

_____
William J. Denius
Florida Bar No. 0093637
Michael A. Semanie
Florida Bar No. 0085386
Counsel for Defendant
Primary: wjdenius@kpsos.com
Primary: msemanie@kpsos.com
Secondary: ldreyer@kpsos.com
Secondary: kritchie@kpsos.com